## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____X   Civil Action No. 2:18-cv-08517 (SDW)(LDW)

EFRAIM TAPIA, individually and on
behalf of all others similarly situated

       Plaintiff

       v.

GLAZE DONUTS CORPORATION,
GLAZE ARTISAN DONUTS, LLC,
GLAZE WEST CALDWELLL, LLC
AND JULE HAZOU, individually

       Defendants
_____X

**NOTICE OF SETTLEMENT**

Please take notice that the parties have agreed to terms of settlement and are in the process of drafting and executing a formal agreement, and thereafter filing a stipulation of dismissal with prejudice.

                                            /s/Stephen R. Bosin
                                            Stephen R. Bosin, Esq.
                                            70 Grand Avenue
                                            River Edge, N.J. 07661
                                            Attorney for Defendants

Dated: March 12, 2020